IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENDALL COOKE,

        Petitioner,                        No. 2:10-cv-2399 DAD (HC)

    vs.

DEPARTMENT OF CORRECTIONS,

        Respondent.                    ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed September 15, 2010, petitioner was ordered to submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee.  On September 30, 2010, petitioner filed a copy of his inmate trust account statement and a "Prison Certificate" completed by a prison official at the Richard J. Donovan Correctional Facility.  Petitioner has not filed a completed in forma pauperis application on the form used by this district, nor did he sign the documents filed on September 30, 2010, as required by Rule 11 of the Federal Rules of Civil Procedure.  See Fed. R. Civ. P. 11; Rule 12, 28 U.S.C. § 2254.

        Good cause appearing, petitioner will be given one final opportunity to file a complete in forma pauperis application.  Petitioner is cautioned that he must complete, sign and

file the form provided with this order, and that his failure to comply with this order may result in the dismissal of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner is granted thirty days from the date of this order to file a completed in forma pauperis application on the form provided with this order; and

        2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: October 20, 2010.

                                  /s/ Dale A. Drozd
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

DAD:12
cook2399.101a(2)